No. 3, Misc. GRAYSON v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Petitioner *pro se.* *Price Daniel,* Attorney General of Texas, *Joe R. Greenhill,* First As-

sistant Attorney General, and *Frank Lake*, Assistant Attorney General, for respondent.